# CASE ANNOUNCEMENTS

*January 22, 2010*

[Cite as *01/22/2010 Case Announcements,* 2010-Ohio-160.]

## MOTION AND PROCEDURAL RULINGS

**2009–1069.  Barberton v. Jenney.**
Summit App. No. 24423, 2009-Ohio-1985. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. Upon consideration of the joint motion of appellee and amicus curiae Ohio Attorney General to participate in oral argument scheduled for February 17, 2010,

It is ordered by the court that the motion is granted, and amicus curiae shall share the time allotted to appellee.

**2009–1543.  Global Knowledge Training, L.L.C. v. Levin.**
Board of Tax Appeals, No. 2006–V–471. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for the full court to hear oral argument,

It is ordered by the court that the motion is granted.

**2009–1794.  Ackerman v. Fortis Benefits Ins. Co.**
Montgomery App. No. 23443. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of appellants' motion for redaction,

It is ordered by the court that the motion is granted, and appellant shall come to the Supreme Court of Ohio Clerk's office and redact all personal identifiers, as defined by Rule 44(H) of the Rules of Superintendence for the Courts of Ohio, in this case within ten days of the date of this entry.

**2009–2022.  In re Application of Columbus S. Power Company.**
Public Utilities Commission, No. 08–917–EL–SSO. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of intervening appellees' motion to strike allegation of error "G" from Industrial Energy Users–Ohio's notice of appeal,

It is ordered by the court that the motion to strike is denied.